CANDEE, SMITH & HOWLAND COMPANY, Respondent, v. THE CITY OF NEW YORK, Defendant, and JAMES D. MURPHY COMPANY et al., Appellants.

*Candee, Smith & Howland Co.* v. *City of New York*, 135 App. Div. 915, affirmed.

(Argued April 4, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Arnold L. Davis, John Burlinson Coleman* and *Edward R. Finch* for appellants.

*Albert R. Hager* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

JOSEPH DEVLIN, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Devlin* v. *Brooklyn Heights R. R. Co.*, 135 App. Div. 921, affirmed.

(Argued April 4, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*John M. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.